IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-02863-RBJ

VALERIE THOMPSON,

    Plaintiff,

v.

AMERICAN GREETINGS CORPORATION,

    Defendant.

---

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for a **three-day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 20, 2012 at 9:00 a.m.**

    A Final Pretrial/Trial Preparation Conference is set for **July 19, 2012 at 3:00 p.m.** Counsel who will try the case shall attend in person.

    During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

    DATED this 9th day of December, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge