IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-02863-RBJ

VALERIE THOMPSON,

    Plaintiff,

v.

AMERICAN GREETINGS CORPORATION,

    Defendant.

---

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear his or its own costs.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear his or its own costs.

DATED this 23nd day of May, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge